# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **v.** | :   CR. NO. 19-160 (RDM)(GMH) |
| | : |
| **TYRELL GALES,** | : |
| | : |
| **Defendant.** | : |

## REQUEST FOR ISSUANCE OF A BENCH WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Request for Issuance of a Bench Warrant consistent with United States Magistrate Judge G. Michael Harvey's telephone conference with the parties today and in light of the Pretrial Services Report filed on even date, (ECF DOC 16), which indicates that the defendant has removed his GPS device, is now a loss of contact with the Pretrial Services Agency and is thus non-compliant with the release conditions ordered in this case.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472-845

By:   ____/s/_____
LISA NICOLE WALTERS
D.C. Bar No. 974-492
Assistant United States Attorney
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
Telephone: (202) 252-7499
E-mail: Lisa.Walters@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel Shelli Peters, via the Electronic Case Filing (ECF) system, this 24th day of May, 2019.

              ___/s/_____
              Lisa N. Walters
              Assistant United States Attorney